UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERVIN E. BLUMHORST,<br><br>    Plaintiff,<br><br>    v.<br><br>PIERCE MANUFACTURING, INC., a Wisconsin corporation, AKRON BRASS COMPANY, a Delaware corporation, and john Does I through X,<br><br>    Defendants.<br><br>PIERCE MANUFACTURING, INC., a Wisconsin corporation,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>WATEROUS COMPANY, a Minnesota corporation<br><br>    Third-Party Defendant. | Case No. 4:10-cv-00573-REB<br><br>**ORDER OF DISMISSAL OF DEFENDANT AKRON BRASS COMPANY** |

    This matter, having come before the Court on Stipulation between Plaintiff and Defendant Akron Brass Company (Docket No. 120), under which all claims of Plaintiff's Complaint against Akron Brass Company are to be dismissed with prejudice, each side bearing its own costs and attorneys' fees;

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims in Plaintiff's Complaint against Defendant Akron Brass Company are hereby dismissed with prejudice, with

**ORDER OF DISMISSAL OF DEFENDANT AKRON BRASS COMPANY - 1**

each side bearing its own costs and attorneys' fees.  In light of Defendant Akron Brass Company's dismissal, the motions listed at Docket Nos. 102, 103, 104, 106, and 107 are hereby rendered moot.



DATED:  **January 9, 2013**

Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER OF DISMISSAL OF DEFENDANT AKRON BRASS COMPANY - 2**